IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| MARSHALL PATRICK HARNDEN<br>    PLAINTIFF<br><br>VS.<br><br>M&M AMERICAN, INC., STAR<br>LEASING COMPANY AND PAUL<br>GLEN FREEMAN<br>    DEFENDANTS | § § § § § § § § § § | CIVIL ACTION NO. 5:15-CV-110 |

ORDER OF DISMISSAL

On this day came on to be heard the Joint Motion for Dismissal with Prejudice (Dkt. No. 64) ("the Motion") filed by Plaintiff MARSHALL PATRICK HARNDEN and Defendants M&M AMERICAN, INC. AND PAUL GLEN FREEMAN. Having reviewed the Motion, the Court finds that said Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Plaintiff's claims against Defendants be, and hereby are, dismissed with prejudice, with costs taxed to the party incurring same.

**So Ordered this**
**Sep 1, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE